UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re                                                                  Chapter 11

ADVANCED CHIMNEY INC.                                  Case No. 8-14-73667-las

                          Debtor.                    AFFIDAVIT PURSUANT TO
                                                                     LOCAL RULE 1007-4
-------------------------------------------------------------x
STATE OF NEW YORK)
COUNTY OF SUFFOLK)ss:-

      Michael Steeneck, being duly sworn, deposes and says:

      1. I am the President of Advanced Chimney Inc., the debtor herein.

      2. The debtor is a New York corporation doing business as a chimney sweep and repair company. The circumstances leading to the filing are that the debtor purchased liability insurance and received an insurance binder from its commercial insurance broker. Several claims had been made and the insurance company disputes whether the debtors was actually insured. The debtor then made a claim on the commercial broker's errors and omissions policy and the two insurance companies are now litigating who is responsible. However, neither is responding to the claim litigation.

      3. The names and addresses of the twenty (20) largest creditors of the debtor, excluding those creditors who would not be entitled to vote at a Creditors' Meeting under Rule 1007 and §1102 of the Bankruptcy Code, such creditors as were insiders of the debtor at the time of the filing are listed on the annexed schedule.

      4. To the best of my knowledge, information and belief there are no lawsuits pending against the debtor except for the litigation set forth in paragraph 4. of the Statement of Financial Affairs.

5. There is a prior bankruptcy proceeding. The debtor successfully completed a Chapter 11 Plan of Reorganization in the Eastern District of New York under case number 8-08-74464-ast.

6. The debtor leases premises located at Unit 25, 710-11 Union Parkway, Ronkonkoma, New York pursuant to a month to month agreement that the debtor is current on.

7. This case was originally commenced as a Chapter 11 proceeding and at this time, upon information and belief, no Creditors' Committee has been organized.

8. It is anticipated that the debtor will operate at a profitable level for the next thirty (30) days and will receive approximately $310,000 in gross receipts. The debtor's monthly operating expenses are approximately $307,032.12 consisting of the following:

| Item | Amount |
|---|---:|
| Equipment rental | 734.91 |
| Gasoline | 19,576.21 |
| Auto repair | 3,694.21 |
| Parts and materials | 100,610.56 |
| Subcontractors | 100,000.00 |
| Rent | 6,249.00 |
| Payroll | 17,868.87 |
| Advertising | 30,475.02 |
| Insurances | 5,557.04 |
| Commission & lead fees | 2,888.75 |
| Utilities | 554.55 |
| Travel | 319.35 |
| Telephone | 868.13 |
| Office Supplies | 2,316.33 |
| License | 2,172.70 |
| Professional fees | 1,250.00 |
| Bank fees | 1,360.70 |
| Barter fees | 104.00 |
| Cleaning & sanitation | 5,296.01 |
| Tickets | 3,960.78 |
| Trade Shows | 1,175.00 |
| **ESTIMATED EXPENSES** | **$ 307,032.12** |

9. Upon information and belief there are no secured creditors.

10. The debtor's assets and the debtor's liabilities are set forth in the annexed schedules.

11. No stocks, bonds, debentures or other securities of the debtor have been publicly issued.

12. None of the debtor's property is in the possession or control of any custodian, public officer,

mortgagee, pledgee, assignee of rents, a secured creditor or agent of any such entity.

13. All of the debtor's assets are located at the corporate office. The location of its books and records are at the above address. No assets of the debtor are outside of the territorial limits of the United States.

14. The day to day operations of the business are run by Michael Steeneck.

ADVANCED CHIMNEY INC.

BY: _____
Michael Steeneck, President

Sworn to before me this
6th day of August, 2014.

_____
Notary Public

MICHAEL J. MACCO
Notary Public, State of New York
No. 4761094
Qualified in Suffolk County
Commission Expires January 31, 2015