UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:

Advanced Chimney, Inc.,

                Debtor.

------------------------------------------------------------X

Case No.: 14-73667-AST

Chapter 11

## **ORDER SCHEDULING STATUS CONFERENCE**

IT IS HEREBY

**ORDERED**, that pursuant to 11 U.S.C. § 105(d)(1) the Debtor and its counsel, if any, shall appear at a status and case management conference before the undersigned on **October 22, 2014, at 12:00 p.m.** at the Alfonse M. D'Amato Federal Courthouse, 290 Federal Plaza, Central Islip, New York 11722 in Courtroom 960, for the purpose of determining an appropriate schedule for the proper administration of this case and considering other related matters, motions and applications; and it is further

**ORDERED**, that any unexcused failure to comply with the foregoing paragraph of this Order may constitute cause for conversion of the case to Chapter 7 or dismissal of the case pursuant to 11 U.S.C. § 1112; and it is further

**ORDERED**, that on or before **August 25, 2014**, the Debtor shall serve a copy of this Order on the Office of the United States Trustee, all creditors, appearance parties, and parties in interest; and it is further

**ORDERED**, that on or before **September 2, 2014**, the Debtor shall file proof of service in accordance with this Order.



**Dated: August 19, 2014**
      **Central Islip, New York**

_____
      **Alan S. Trust**
**United States Bankruptcy Judge**